DEBORAH H. PETITO, SBN 118147
  DPetito@ClarkTrev.com
STEPHEN E. HYAM, SBN 198065
  SHyam@ClarkTrev.com
CLARK & TREVITHICK
800 Wilshire Blvd., 12th Floor
Los Angeles, California 90017
Telephone: (213) 629-5700
Facsimile: (213) 624-9441

Attorneys for Plaintiff Wheel Group Holdings, LLC

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHEEL GROUP HOLDINGS, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>CUB ELECTPARTS, INC., a Taiwanese corporation,<br><br>Defendant.<br><br>RON HO ENTERPRISES CO., LTD., a Taiwan limited liability company,,<br><br>Plaintiff,<br><br>vs.<br><br>WHEEL GROUP HOLDINGS, LLC, a Delaware limited liability company, d/b/a The Wheel Group, and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO. 5:17-CV-001294-JVS<br>CASE NO. 2:17-CV-005956-JVS<br><br>**ORDER OF DISMISSAL OF ACTION WITH PREJUDICE AS TO ALL PARTIES AND CLAIMS**<br><br>Assigned to Hon. James V. Selna<br><br>Trial Date:        March 19, 2019<br><br>Discovery Cut-Off:    Nov. 1, 2018<br>Motion Cut-Off:       Nov. 20, 2018 |

2388785.1 (18011.001)

ORDER OF DISMISSAL OF ACTION WITH PREJUDICE AS TO ALL PARTIES AND CLAIMS

Pursuant to the stipulation of the parties in this consolidated matter, Plaintiff Wheel Group Holdings, LLC, Cub Elecparts, Inc., and Ron Ho Enterprises, Co., Ltd., the entire case and all causes of action in the consolidated actions of Case No. 5:17-CV-001294-JVS and Case No. 2:17-CV-005956-JVS are dismissed with prejudice pursuant to Federal Rules of Civil Procedure Rule 41(a)(1).

Dated: May 13, 2019  _____
James V. Selna
United States District Judge

